United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA M. GRAY, DAVID A. ZAMORA, an individual and PRINCE SONG CAMBILARGIU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LA SALLE BANK, N.A., et al.,<br><br>Defendants. | Case No. 5:13-cv-04630 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Several defendants have moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than October 25, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

**SO ORDERED**.

Dated:   October 29, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04630-HRL Notice has been electronically mailed to:

Catherine Simone Meulemans cmeulemans@alvaradosmith.com, mschwark@alvaradosmith.com

David L. Chavez dchavez@alvaradosmith.com, mschwark@alvaradosmith.com

Theodore Emery Bacon tbacon@alvaradosmith.com, Lhernandez@alvaradosmith.com,

mSchwark@AlvaradoSmith.com

5:13-cv-04630-HRL Notice sent by U.S. Mail to:

Gina M. Gray
5850 Cannes Place
San Jose, CA 95138

David A. Zamora
5850 Cannes Place
San Jose, CA 95138

Prince Song Cambilargiu
5850 Cannes Place
San Jose, CA 95138

Ling Jin
44556 Parkmeadow Drive
Fremont, CA 94539

Yu Pan
44556 Parkmeadow Drive
Fremont, CA 94539

2