United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA M. GRAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LA SALLE BANK NA AS TRUSTEE FOR WAMU 2006-AR19, et al.,<br><br>    Defendants. | Case No. 13-cv-04630-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Lucy H. Koh for consideration of whether the case is related to Case No. 13-3692.

**IT IS SO ORDERED.**

Dated: November 1, 2013



WILLIAM H. ORRICK
United States District Judge