UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA M. GRAY, *et al.*, | Case No.: 13-CV-04630-LHK |
| Plaintiffs, | ORDER RE: STIPULATIONS OF DISMISSAL |
| v. | |
| LA SALLE BANK NA, *et al.*, | |
| Defendants. | |

The plaintiffs in this case have stipulated to dismissing this action in its entirety. ECF Nos. 24, 29. This action is therefore DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 17, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04630-LHK
ORDER RE: STIPULATIONS OF DISMISSAL